UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: <br>     STEVEN  C. BONATSOS <br><br>     Debtor | Chapter 13 <br><br> Bankruptcy No. 21-11342-AMC |

<u>TRUSTEE'S MOTION TO DISMISS PURSUANT TO 11 U.S.C. SECTION 1307</u>

To the Honorable Judges of the United States Bankruptcy Court for the Eastern District of Pennsylvania:

1.    Your Movant is Kenneth E. West, Esq. the duly qualified and acting Chapter 13 Trustee in the above-captioned case.

2.    The within case was commenced by the filing of a Chapter 13 petition on 05/11/2021.

3.    This Motion to Dismiss has been filed for the following reason(s):

- Debtor(s) has/have failed to commence or continue making timely payments to the trustee as required by 11 U.S.C. Section 1326.

    WHEREFORE, Kenneth E. West, Esq., Standing Chapter 13 Trustee, requests that the Court, after a hearing, enter an Order dismissing this case.

Date: 01/10/2025                                                      Respectfully submitted,

                                                                         */s/ Kenneth E. West, Esq.*
                                                                         Kenneth E. West, Esq.
                                                                         Standing Chapter 13 Trusteee
                                                                         190 N. Independence Mall West
                                                                         Suite 701
                                                                         Philadelphia, PA  19106
                                                                         Telephone: (215) 627-1377