# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:

    Steven C. Bonatsos,

    Debtor.

Case No. 21-11342-AMC

Chapter 13

**Order Granting Debtor's Motion to Modify Chapter 13 Plan**

**AND NOW**, upon consideration of the Debtor's Motion to Modify Chapter 13 Plan, and after notice and hearing, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.
2. The modified plan filed as ECF No. 85 is **APPROVED**.

Date: _____

                                              Honorable Ashely M. Chan
                                              Chief U.S. Bankruptcy Judge