# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re:

    Steven C. Bonatsos,

    Debtor.

Case No. 21-11342-AMC

Chapter 13

## Certificate of Service

I certify that on this date, I did cause a copy of the documents described below to be electronically served on all parties on the clerk's service list that are registered to receive notices through the CM/ECF system, and on the parties listed below by first class mail.

- Modified Chapter 13 Plan (Fourth Amended)
- Motion to Modify
- Notice of Motion to Modify
- Proposed Order

OneMain Financial
Attn: Bankruptcy
PO Box 3251
Evansville, IN 47731

Wells Fargo Bank, N.A.
MAC N9286-01Y
P.O. Box 1629
Minneapolis, MN 55440-9790

Dated: February 10, 2025

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com