# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>Steven C. Bonatsos,<br><br>Debtor. | Case No. 21-11342-AMC<br><br>Chapter 13 |

**Order Granting Debtor's Motion to Modify Chapter 13 Plan**

**AND NOW**, upon consideration of the Debtor's Motion to Modify Chapter 13 Plan, and after notice and hearing, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.
2. The modified plan filed as ECF No. 85 is **APPROVED**.

Date: April 1, 2025

_____
Honorable Ashely M. Chan
Chief U.S. Bankruptcy Judge