# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>    Steven C. Bonatsos,<br><br>                  Debtor. | Case No. 21-11342-AMC<br><br>Chapter 13 |

**Order Granting Supplemental Application for Compensation**

    **AND NOW**, upon consideration of the Supplemental Application for Compensation filed by the Debtor's counsel, and upon the Applicant's certification that proper service has been made on all interested parties, and upon the Applicant's certification of no response, it is hereby **ORDERED** that:

1. The Application is **GRANTED**.

2. Compensation in the amount of $500.00 and reimbursement of expenses in the amount of $0.00 are **ALLOWED** in favor of the Applicant.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant the allowed compensation and reimbursement of expenses set forth in ¶2 above as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B).


Date: _____

                                                                                                             Honorable Ashley M. Chan
                                                                                                             Chief U.S. Bankruptcy Judge