**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:

| | | |
|---|---|---|
| STEVEN C. BONATSOS | : | Chapter 13 |
| | : | |
| | : | |
| | : | |
| | : | |
| Debtor(s) | : | Bankruptcy No. 21-11342 AMC |

## PRAECIPE TO WITHDRAW

Kindly withdraw the Trustee's Motion to dismiss filed on June 2, 2026. Docket entry #100, #101, and cancel the hearing for 9/22/2026.

Respectfully submitted,

/s/ Kenneth E. West, Esq

August 26, 2026

Kenneth E. West
Chapter 13 Standing Trustee