United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 21-11342-amc

Steven C. Bonatsos Chapter 13

Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Sep 17, 2026 | Form ID: 138OBJ | Total Noticed: 36 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 19, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Steven C. Bonatsos, 112 N. 3rd Street, Telford, PA 18969-1918 |
| 14614837 | + | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 14607446 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14607448 | + | Philadelphia Traffic Court, Hon. Gary Glazer, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |
| 14608290 | + | Wells Fargo Bank, NA, CO Jill Manuel-Coughlin, Esq., Eight Neshaminy Interplex, Suite 215, Trevose PA 19053-6980 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 18 2026 00:45:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 18 2026 00:45:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14607437 | | Email/Text: megan.harper@phila.gov | Sep 18 2026 00:45:00 | City Of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 14607438 | | Email/Text: megan.harper@phila.gov | Sep 18 2026 00:45:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14607431 | + | Email/Text: ecf@ccpclaw.com | Sep 18 2026 00:44:00 | Cibik & Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14607433 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 18 2026 00:53:15 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, St Louis, MO 63179-0034 |
| 14607434 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 18 2026 00:53:21 | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, St Louis, MO 63179-0034 |
| 14607435 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 18 2026 00:53:15 | Citibank/Shell Oil, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, St Louis, MO 63179-0034 |
| 14607436 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 18 2026 00:53:21 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, St Louis, MO 63179-0034 |
| 14607439 | + | Email/Text: bankruptcy@philapark.org | Sep 18 2026 00:45:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14607440 | | Email/PDF: DellBKNotifications@resurgent.com | Sep 18 2026 00:53:21 | Dell Financial Services, Attn: Bankruptcy, PO Box 81577, Austin, TX 78708 |
| 14607441 | | Email/Text: bankruptcycourts@equifax.com | Sep 18 2026 00:45:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374 |

| | | | | |
|---|---|---|---|---|
| 14607442 | ^ | MEBN | Sep 18 2026 00:40:45 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14607443 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 18 2026 00:45:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14614837 | ^ | MEBN | Sep 18 2026 00:41:09 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 14607444 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 18 2026 00:53:27 | Kohls/Capital One, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 14619824 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 18 2026 00:53:21 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14615350 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 18 2026 00:45:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14607445 | + | Email/PDF: cbp@omf.com | Sep 18 2026 00:53:19 | OneMain Financial, Attn: Bankruptcy, PO Box 3251, Evansville, IN 47731-3251 |
| 14618715 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 18 2026 00:53:26 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14607447 | + | Email/Text: bankruptcy@philapark.org | Sep 18 2026 00:45:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1538 |
| 14607449 | + | Email/Text: ngisupport@radiusgs.com | Sep 18 2026 00:45:00 | Radius Global Solutins, PO Box 390905, Minneapolis, MN 55439-0905 |
| 14607450 | + | Email/Text: bknotice@raslavrar.com | Sep 18 2026 00:45:00 | Robert Kline, Esquire, RAS LaVrar, LLC, Reisterstown, MD 21136, 425 Commerce Drive, Suite 150, Fort Washington, PA 19034-2727 |
| 14607451 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 18 2026 00:53:26 | Syncb/PPC, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14607452 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 18 2026 00:53:26 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14607453 | | Email/Text: DASPUBREC@transunion.com | Sep 18 2026 00:44:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |
| 14620940 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 18 2026 00:53:21 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14607454 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Sep 18 2026 00:44:00 | Verizon Wireless, Attn: Verizon Bankruptcy, 500 Technology Dr, Ste 500, Weldon Springs, MO 63304-2225 |
| 14607455 | | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Sep 18 2026 00:53:26 | Wells Fargo, Attn: Written Correspondence/Bankruptcy, MAC#2302-04E POB 10335, Des Moines, IA 50306 |
| 14607456 | + | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Sep 18 2026 00:53:26 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus MAC X2303-01A, Des Moines, IA 50328-0001 |
| 14615492 | + | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Sep 18 2026 00:53:19 | Wells Fargo Bank, N.A., MAC N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |
| 14612656 | | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Sep 18 2026 00:53:20 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 32

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14607432 | *+ | Cibik and Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14622295 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 17, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| HARRY B. REESE | on behalf of Creditor WELLS FARGO BANK N.A. bankruptcy@powerskirn.com |
| JILL MANUEL-COUGHLIN | on behalf of Creditor WELLS FARGO BANK N.A. bankruptcy@powerskirn.com |
| KARINA VELTER | on behalf of Creditor WELLS FARGO BANK N.A. Kvelter@duanemorris.com, bankruptcy@powerskirn.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Steven C. Bonatsos help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

*Form 138OBJ* (6/24)−doc 106 − 105

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>Steven C. Bonatsos | ) | Case No. 21−11342−amc |
| Debtor(s). | ) | Chapter: 13 |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed on or before **October 19, 2026** with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: September 17, 2026

For The Court

Mohung Wong
Clerk of Court